Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| MICHELLE BROWN,<br>                        Plaintiff,<br>   v.<br><br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br>                        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 21-CV-6412 |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's final decision is REVERSED pursuant to SENTENCE FOUR of 42 U.S.C. § 405(g), and the case is REMANDED for further proceedings consistent with the parties' stipulation.

Date: June 28, 2022                                        MARY C. LOEWENGUTH
                                                           CLERK OF COURT

                                                           By: s/Rosemarie M. Eby-Collom
                                                                Deputy Clerk