UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MICHELLE BROWN,

                Plaintiff,

                                                Civil Action No. 6:21-cv-06412-EAW

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant

-------------------------------------------------------------X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Graham Morrison, Special Assistant United States Attorney, for Trini E. Ross, the United States Attorney for the Western District of New York, attorneys for the defendant herein, and Mary Ellen Gill, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$6,099.81,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **$0.00** as the case was filed *in forma pauperis*.

Dated: July 25, 2022

By:   */s/ Graham Morrison*                By:   */s/ Mary Ellen Gill*

GRAHAM MORRISON                           MARY ELLEN GILL
Special Assistant United States Attorney      Law Offices of Kenneth Hiller
Western District of New York                      6000 North Bailey Avenue
Social Security Administration                  Suite 1A
Office of General Counsel                          Amherst, NY 14226

26 Federal Plaza, Room 3904
New York, New York 10278
(212) 264-2491
Graham.Morrison@ssa.gov

716-564-3288
Fax: 716-332-1884
Email: megill@kennethhiller.com

SO ORDERED:

_____
Hon. Elizabeth A. Wolford
United States District Judge

Dated: August 2, 2022